IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SYLVESTER JACKSON,

    Plaintiff,

v.

RANDALL HEPP, GARY H. HAMBLIN,
TAMMY MAASSEN, KENNETH ADLER,
DEBRA TIDQUIST, CARLA GRIGGS,
GEORGIA KOSTOHRYZ, GREG MEIER,
CHERYL MARSOLEK,
BETTY PETERSON, KEVIN CLARK and
JODI DOUGHERTY,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-774-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's motion for preliminary injunction.

_____    10/9/12
Peter Oppeneer, Clerk of Court    Date