IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SYLVESTER JACKSON,

    Plaintiff,

v.

RANDALL HEPP, GARY H. HAMBLIN,
RICK RAEMISCH, TAMMY MAASSEN,
KENNETH ADLER, DEBRA TIDQUIST,
CARLA GRIGGS, GEORGIA KOSTOHRYZ,
GREG MEIER, CHERYL MARSOLEK,
BETTY PETTERSON, DIANE HUBER,
SGT. GARCIA, SGT. GEORGE, P. SCHULZ,
CO II MASKE, JODI DOUGHERTY, KEVIN
CLARK, S. DOUGHERTY, CO II LEE,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-774-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing Rick Raemisch, Diane Huber, Sgt. Garcia, Sgt. George, P. Schulz, CO II Maske, S. Doughtery, and CO II Lee without prejudice, granting summary judgment in favor of Randall Hepp, Gary H. Hamblin, Tammy Maassen, Kenneth Adler, Debra Tidquist, Carla Griggs, Georgia Kostohryz, Greg Meier, Cheryl Marsolek, Betty Petterson, Jodi Doughtery and Kevin Clark and dismissing this case.

| /s/ | 6/19/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |